# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA NELSON-SCHELSKE,<br><br>    Plaintiff(s)<br><br>              v.<br><br>PFIZER, INC.,<br><br>    Defendant(s) | **RECUSAL ORDER**<br><br>Case No.:   2:21-cv-01496 JAM DB |

   Upon examination of the above-captioned action, the undersigned judge disqualifies himself. Good cause appearing therefor,

   IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

   IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

   IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 23, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE