UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA NELSON-SCHELSKE,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGES CONSUMER HEALTHCARE, LLC,<br><br>Defendant. | No.  2:21-cv-1496 DB<br><br><br><br>ORDER |

This case currently proceeds before the undersigned United States Magistrate Judge pursuant to the parties' consent and the court's order of April 25, 2024. (ECF No. 24.) On June 17, 2024, the parties were ordered to show cause for their failure to file a joint status report on or before June 14, 2024, as required by the court's order dated May 22, 2024.

The parties have responded to the order to show cause indicating they are actively engaged in settlement negotiations and believe a resolution is possible. The parties also state they would be willing to participate in the Court's voluntary dispute resolution program ("VDRP"), see Local Rule 271, and that they intend to promptly respond further to the Court with more information. Good cause appearing, the court will discharge the order to show cause and require the parties to respond further as set forth below within 30 days.

////

1

For the reasons set forth above, IT IS HEREBY ORDERED as follows:

1. The order to show cause issued on June 17, 2024, is discharged.
2. Within thirty (30) days of the date of this order, the parties shall file one of the following:
   a. A joint status report with the information required by Local Rule 240 for the purpose of the Court's entry of a pretrial scheduling order.
   b. A joint request for referral to VDRP under Local Rule 271 and for a stay of the action for that purpose.[1]

Dated: July 10, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
nels21cv149.osc.disch

---

[1] If the parties wish to participate in VDRP without a stay of the action, then they shall file a joint status report with the information required by Local Rule 240 with a request for referral to VDRP.

2