# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA NELSON-SCHELSKE, | No. 2:21-cv-01496-SCR |
| Plaintiff, | |
| v. | ORDER |
| BRIDGES CONSUMER HEALTHCARE, LLC, | |
| Defendant. | |

This case proceeds before the undersigned United States Magistrate Judge pursuant to the parties' consent and the court's order of April 25, 2024. (ECF No. 24.) The parties' status report filed on August 9, 2024, indicates the parties agree to participate in the Court's voluntary dispute resolution program ("VDRP"), see Local Rule 271. (ECF No. 30.) Based on the parties' request, and in the interest of avoiding the accumulation of fees and costs through potentially unnecessary discovery and motion practice, the court will stay the action and refer the case to VDRP.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The action is STAYED, and the action is REFERRED to VDRP.
2. Within fourteen (14) days of this order, the parties shall contact the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral.

1

3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.
4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).
5. Any party that objects to this referral to the VDRP shall file its objections within seven (7) days of this order. Such objections shall clearly outline why that party believes that the action is not appropriate for referral to the VDRP.

Dated: August 9, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE