UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA NELSON-SCHELSKE, | No. 2:21-cv-1496 SCR |
| Plaintiff, | |
| v. | ORDER |
| BRIDGES CONSUMER HEALTHCARE, LLC, | |
| Defendant. | |

      This matter is before the undersigned pursuant to the parties' consent and the court's order of April 25, 2024. ECF No. 24. Based on the parties' request to participate in the Court's voluntary dispute resolution program ("VDRP"), and in the interest of avoiding potentially unnecessary fees and costs, the undersigned ordered this action stayed and referred to VDRP. ECF No. 31. The undersigned has been made aware that after initial contact was made by the neutral assigned, defense counsel has not responded to multiple inquiries concerning the status of VDRP in this case.

      The parties are ORDERED to file a joint status report as to the status of VDRP no later than fourteen (14) days from the date of this Order, including an update as to whether a mediation

////

////

date has been set and if, not, why not.  Failure to timely comply with this Order may result in the imposition of sanctions pursuant to Local Civil Rule 110.

DATED: November 5, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE